# UNITED STATES SOUTHERN DISTRICT COURT OF INDIANA

**FILED**

**09/14/2021**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Herbert F. Breneman
Plaintiff

Vs.

F.B.I.,
Sheriff Dept. Vanderburgh County, Evansville Police Dept., Mayor Winnike, Bobby Welch
defendant(s) etc.

### Leave to Procede in forma pauperis

Comes Now, plaintiff Herbert F. Breneman filing this said motion in propria pur suri juris of sound body in right mind. Fully able to negociate all affairs be it buisness and/or personel, filing pursuant to 1918 under these constitutional protections. In proper person [N]ot pro-se be it the [C]ourt cannot hold me to the same standard(s) as an attorney who infact passed the BAR. Hereby respectfully requesting of the court leave to procede waiving filing fee.

### Summary of Complaint

Five years ago after being released from pike

(P91)

county jail. Childs mother Winny K. Higgs informed me about a rape, Bobby Welch an 13 people with masks naturally concerned I tried to help 1st day out of jail, Flashing flurerent lights, gang stalking, 3 dark SUVs in military formation, photo tracking, She complained of these an much more excruciating experiences Myself, plaintiff, being man of God thought Spiritual. Leaving daughter(s) at westbrook 3AM walked down that long stretch to Mc. Donalds 4 guys in lobby, 3 behind counter working plaintiff and Windy K. Higgs, made 9 people 2 oldmen said " I'm bringing her down!! Loud! over an over. I got up said "How you going bring her down when Ima bring her up with me"! Then said who you talking about? one said my wife, Windy being the only woman. One, said To and Fro, then the other said Here and there. I then said sit down your upseting my wife. A fat guy reading newspaper said "There was a guy living in a tent on the side of the road, he got hit by a car wasnt a big deal he wasnt going to amount to anything." I got up Windy grabbed my arm I hesitated The Guy said oh by the way she

(pg 2)

sold her soul for $3,000. Ron got into a yellow Corvette. Now plaintiff, kept Ms. Higgs with him about 2 months. These experiences never stopped infact progressed into a power struggle between this Bobby Welch proclaiming his self to be devil, So I became Micheal. As if I WAS Acting iN DANTES iNFerNO Divine comedy. Street theater, stalking progressed. I went to sMAll BAptist church off covert an weinbach the pastor lives next door when I explained my situation AN told him who my grandfather Percy F. BrennemAN AN James E Mason an father in-law Ronald Higgs he started crying saying You were put on list because of gang involvement and being sex offender. One name given was Sgt. Rolando, here at Vanderburgh jail. Harrassment increased, Sheriff dept. receptionist I was told to "be careful people are missing." EPD when I brought canister down town pushed button on fence police came out hurried raised arms up said "I don't want nothin to do with that!" Then he said through it in sever. Cameras prove this.

(Pg. 3)

Frequency harrassment, Feeling of being
zapped with electrical current, thoughts
of Audiotory hallucinations, being told
over, an over to drop my lawsuit
here in Vanderburgh County goes against
our constitutional freedoms to be
secure in person, home 14th an 7th
amendment rights, mental anguish,
thought theft from ideas, inducing extreme
paranoia, people tracking through phone
dog tag, hackers can hack these chips,
I seen the program for one 6% BGBP
maybe because my grandmother OrA Louise
Breneman. 5 years these they(s) and them(s)
stole my life only focusing on whisper(s)
Cars tracking, people random taking pictures
trying to set One up for a crime you
never even committed. Twice I was
One on an Alicia Rowland, Then a
church I never broke into was hit by
A car went for help knoked on door
it was left open. Jacklyn Buente never
came to see me but 2 times in 9 months
then one day called in to Bench trial
I asked what our strategy was

Pg 4

She infact replied, "I told you you
were going to lose", this is on record
court mins I admidatly asked
judge pigman to procede pro se
He said "Mr Breneman that is almost
Always UNWISE" an denied me.
I replied "I see Im being railroaded
forced to take a pka." this is all
on court mins. Being Followed around
By school Buses #170, 69 also the same
cars Ken., Florida, Cali, ohio. This game
Targeted individual is very dangerous
where they try to lock the target up for
false charge, Brainwash to Kill one self,
make target angry enough to Kill some
one else. Or extreme case, Kill the
target. Drone surveilance, fly green disks
being sprayed with R-12, R 13, IN Jail
an also on the street, Money is usually
motive behind this game. Also being placed
on tic toc without permission, RFID chips
Remotely Fly Drones, by a controller, For
tracking purposes in sick Marshall games.
There purpose is to get rid of
undesireable people, homeless

(pg5)

Sex offenders, also gang members, become subject to there entertainment. Bobby Welch getting research chemicals also very inexpensive R.F.I.D. chips for penny(s) Dr. Culley also Dr. Linsey also participate in selecting participants for these programs. When someone experiences problems they cover-up by labeling Schizophrenic or mentally disable. These targets are people mostly with problems unwanted here in Evansville I.N. These test subjects are randomly sought people without family ties. These treatments goes against OUR constitutional freedoms pursuit of happiness God given rights to choose our own destiny. Slavery was abolished years ago this is a new form through Controller. In close I seek compensation in form of $750,000 from each party.

I affirm the above afforemented to be truth before Almighty God.

I Herbert F. Breneman certify on this day of Sept. 7th year 2021 I served the foregoing.

x Herbert F. Breneman
under reserve

(Pg 6)